320 F.2d 917
 R. W. ROBBERSON
v.
Minnie M. RICHARDS.
 No. 7236.
 United States Court of Appeals Tenth Circuit.
 May 14, 1963.
 
 Appeal from the United States District Court for the District of Kansas.
 C. J. Watts, Oklahoma City, Okl., and Clark V. Owens, Wichita, Kan., for appellant.
 Malcolm Miller, Wichita, Kan., for appellee.
 Before MURRAH, Chief Judge, and PICKETT and LEWIS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed May 14, 1963, on motion of appellant.